AO 450 (SCD 04/2010)   Judgment in a Civil Action

UNITED STATES DISTRICT COURT
for the
District of South Carolina

| Rahshjeem Benson | ) |
| *Petitioner* | ) |
| v. | ) Civil Action No.   0:24-cv-01195-HMH |
| Warden, FCI Edgefield | ) |
| *Respondent* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

❏ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along with costs.

❏ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ the petitioner, Rashjeem Benson, take nothing of the respondent, Warden, FCI Edgefield , and this action is dismissed without prejudice and without requiring Respondent to file a return.  A certificate of appealability is denied.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Court, the Honorable Henry M Herlong, Senior US District Judge, presiding. The Court having adopted the Report and Recommendation of US Magistrate Judge Paige J. Gossett, which recommended dismissal.

Date:  May 15, 2024                                                  *ROBIN L. BLUME, CLERK OF COURT*

                                                                                              s/A. Snipes
                                                                                  _____
                                                                                  *Signature of Clerk or Deputy Clerk*